AJS:aw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

89-0225 NESBITT

21 USC 841(a)(1)
21 USC 846
18 USC 2

UNITED STATES OF AMERICA

MAGISTRATE
TURNOFF

v.                                                      INDICTMENT

THOMAS BROWN
_____/

The Grand Jury charges that:

### COUNT I

On or about April 18, 1989, at Miami, Dade County, in the Southern District of Florida, the defendant,

THOMAS BROWN,

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine and its salt, cocaine hydrochloride; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT II

From on or about April 10, 1989, the exact date being unknown to the grand jury, to on or about April 18, 1989, at

Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

THOMAS BROWN,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II narcotic controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine and its salt, cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
DEXTER W. LEHTINEN
UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

89-0225 CR-NESBITT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| THOMAS BROWN | ) ESTIMATED TRIAL TIME |
| | ) |
| | ) MAGISTRATE TURNOFF |
| | ) |

### CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. This case will take 2-3 days for the parties to try.

4. (Check the appropriate category)

    | | | |
    |---|---|---|
    | X | I | 0 to 5 days |
    | ___ | II | 6 to 10 days |
    | ___ | III | 11 to 20 days |
    | ___ | IV | 21 to 60 days |
    | ___ | V | 61 days and over |

5. Has this case been previously filed in this Court? No (Yes or No)
   If yes, Judge: _____ (Attach copy of
   Case No: _____ dispositive order)

6. This case originated in the U.S. Attorney's office prior to August 16, 1985 ___No___ (Yes or No)

_____
ALLAN J. SULLIVAN